UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PYTHIAN J. JEFFRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:9CV2110 SNLJ(LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton, (#18), filed March 1, 2011, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and pursuant to Sentence four of 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings. This Court does not retain jurisdiction of this case.

Dated this  17th  day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE